MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV  89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT HALL,            )
                        )
    Plaintiff,          )
                        )   No.
vs.                     )
                        )
FIRST NATIONAL COLLECTION )
BUREAU, INC.,           )
                        )
    Defendant.          )
                        )   JURY DEMANDED

## COMPLAINT

1. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681p. Venue lies in the Southern Division of the Judicial District of Nevada as Plaintiff's claims arose from acts of the Defendant perpetrated therein.

### PRELIMINARY STATEMENT

2. The Plaintiff brings this action for damages based upon Defendant's violations of the Fair Credit Reporting Act, 15 U.S.C Section 1681 et seq. (hereinafter referred as the "FCRA"). Plaintiff seeks actual damages, punitive damages, costs and attorney's fees.

3. Plaintiff is a natural person and is a resident and a citizen of the State of Nevada and of the United States. Plaintiff is a "consumer" as defined by § 1681a(c) of the FCRA.

4.  The Defendant, First National Collection Bureau, Inc., (hereinafter referred to as either Defendant or "User") is a domestic corporation with its principal place of business in Reno, Nevada.

## CAUSE OF ACTION

### Statement of Facts

5.  Plaintiff has *never* had any relationship with the Defendant.

6.  On September 4, 2010, Plaintiff received a credit report from Trans Union (Exhibit 1).

7.  Exhibit 1 reflects that User accessed Plaintiff's credit profile during August, 2010.

8.  The referenced inquiry has become a permanent component of the Plaintiff's credit profile.

9.  Upon best information and belief, User agreed and represented in its agreements with the various credit reporting agencies that User would request and use consumer reports which were obtained from said agencies only for purposes which are lawful under the FCRA as defined under § 1681b.

10.  User was required pursuant to FCRA §§ 1681b(f), 1681n and 1681o to refrain from obtaining consumer reports from credit reporting agencies under false pretenses.

11.  At no time material hereto did Plaintiff ever have a relationship of any kind with User as defined under FCRA § 1681b(a)(3)(A)-(F).

12. User has never been ordered by a court of competent jurisdiction to issue a consumer report pursuant to FCRA § 1681b(a)(1).

13. Plaintiff has never given written instructions to User to obtain and/or release to a third party a consumer report of which Plaintiff was the subject pursuant to FCRA § 1681b(a)(2).

14. User had an affirmative duty to follow reasonable procedures, including those that would prevent the impermissible accessing of consumer reports.

15. Reasonable procedures for users include restricting the ability of its agents to obtain consumer reports on consumers for any impermissible purpose.

16. Upon best information and belief, User's illegal and surreptitious acquisition of Plaintiff's credit reports derived from an interest and priority well beyond the scope of the FCRA.

17. User has, upon best information and belief, compromised its relationship with the various credit reporting agencies in falsifying the basis upon which Plaintiff's report was obtained.

18. User has compromised Plaintiff's access to credit in imparting to past, present and future credit grantors that Plaintiff has applied for credit in tandem with a relationship with User.

### Statement of Claim

19. Defendant/User willfully and/or negligently violated the provisions of the FCRA in the following respects:

    a. User has falsely, purposely, surreptitiously and maliciously obtained the Plaintiff's credit reports in violation of FCRA § 1681b(f).
LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700

3

  b. User has falsely, purposely, surreptitiously and maliciously obtained the Plaintiff's credit reports in violation of FCRA § 1681n.

  c. User has obtained the Plaintiff's credit reports in violation of FCRA § 1681o.

### PRAYER FOR RELIEF

THEREFORE, Plaintiff prays that the court grant:

  a) actual damages;

  b) punitive damages;

  c) attorney's fees; and

  e) costs.

Respectfully submitted,

_/s/ Mitchell D. Gliner_

MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Boulevard
Suite 95
Las Vegas, NV  89102
Attorney for Plaintiff

LAW OFFICES
MITCHELL D. GLINER
3017 W. Charleston Blvd.
Suite 95
Las Vegas, Nevada 89102
(702) 870-8700



File Number: 226727908
Page: 1 of 10
Date Issued: 09/04/2010

TransUnion.

## Personal Information

**Name:** ROBERT E. HALL JR.

**SSN:** XXX-XX-7304
**Date of Birth:** 03/1959
**Telephone:** 818-5818
Your SSN is partially masked for your protection.

**Other Names:** LHALL,ROBERT,E
You have been on our files since 11/1990

## CURRENT ADDRESS
**Address:** NORTH LAS VEGAS, NV 89081
**Date Reported:** 04/2010

## PREVIOUS ADDRESS
**Address:** 336327 PO BOX 336327, NORTH LAS VEGAS, NV 89033
**Date Reported:** 03/2010
**Address:** 3836 PURPLE BLOOM CT LAS VEGAS, NV 89122

## EMPLOYMENT DATA REPORTED
**Employer Name:** NATIONAL SECURITY TECHNOLOGIES
**Date Verified:** 08/2007
**Position:**
**Hired:**

**Employer Name:** BECHTEL NEVADA
**Date Reported:** 08/2005
**Position:**
**Hired:**

## Account Information

The key to the right helps explain the payment history information contained in some of the accounts below. Not all accounts will contain payment history information, but some creditors report how you make payments each month in relation to your agreement with them.

| N/A | X | OK | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Not Applicable | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 days late |

**ALLY FINANCIAL**
P.O. BOX 380901
BLOOMINGTON, MN 55438
(888) 925-2559

**Loan Type:** AUTOMOBILE

**Balance:** $37,206
**Date Updated:** 08/2010
**High Balance:** $41,781
**Terms:** 72 MONTHLY $747

**Pay Status:** PAID OR PAYING AS AGREED
**Account Type:** INSTALLMENT ACCOUNT
**Responsibility:** INDIVIDUAL ACCOUNT
**Date Opened:** 09/2009

| Late Payments (10 months) | | | Last 10 months | OK jul | OK jun | OK may | OK apr | OK mar | OK feb | OK '10 | OK dec | OK nov | OK oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | | | | | | | | | | | |



EXHIBIT 1

To dispute online go to: http://transunion.com/disputeonline

P 17XJT-002 00635-I007925 03/14

Consumer Credit Report for ROBERT E. HALL JR.

File Number: 226727908
Page: 10 of 10
Date Issued: 09/04/2010

THE TRAVELERS COMPANIES  Requested On: 09/2009
1 TOWER SQ
18CP
HARTFORD, CT 06183-0001
(866) 240-2682

## Account Review Inquiries

The companies listed below obtained information from your consumer report for the purpose of an account review or other business transaction with you. The inquiries are not displayed to anyone but you and will not affect any creditor's decision or any credit score (except insurance companies may have access to insurance company inquiries and users of a report for employment purposes may have access to other employment inquiries, where permitted by law)

FACTACT FREE DISCLOSURE
P O BOX 1000
CHESTER, PA 19022
(800) 888-4213
Requested On: 09/2010

FIRST NATIONAL COLLECTIO
610 WALTHAM WAY
MCCARRAN, NV 89434
(775) 322-0444
Requested On: 08/2010

US BANK
PO BOX 108
SAINT LOUIS, MO 63166
Phone number not available
Requested On: 06/2010

AMERICAN FAMILY INS. VIA AM FAM INS - NEW
4802 MITCHELL AVEN
ST. JOSEPH, MO 64507
Phone number not available
Requested On: 03/2010
Permissible Purpose: INSURANCE UNDERWRITING

AMERICAN FAMILY INS. VIA AMERICAN FAMILY
5802 MITHCELL AVE
ST JOSEPH, MO 64507
Phone number not available
Requested On: 03/2010
Permissible Purpose: INSURANCE UNDERWRITING

WELLS FARGO FINANCIAL BR
206 8TH ST
DES MOINES, IA 50309-3805
(800) 346-3009
Requested On: 10/2009

AMERICAN FAMILY INS. VIA AMERICAN FAMILY INSURANC
6000 AMERICAN PARK
MADISON, WI 53783
(608) 242-4100 x3228
Requested On: 07/2009
Permissible Purpose: INSURANCE UNDERWRITING

WSI-LAS VEGAS VIA WACKENHUT NRO
4200 WACKENHUT DR
PALM BEACH GAR, FL 33410
(800) 593-6878
Requested On: 06/2009
Permissible Purpose: EMPLOYMENT

Should you wish to initiate an investigation, you may do so,

At our web site:
http://transunion.com/disputeonline

By Mail:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

By Phone:
1-800-916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

To dispute online go to: http://transunion.com/disputeonline

P 17XJT-002 00635-I007934 12/14