MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROBERT HALL,

        Plaintiff,

vs.

FIRST NATIONAL COLLECTION BUREAU, INC., GALAXY PORTFOLIOS, LLC, and WORLD FINANCIAL NETWORK NATIONAL BANK,

        Defendants.

NO. 2:10-cv-1733-GMN-GWF

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT WORLD FINANCIAL NETWORK NATIONAL BANK ONLY

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice as to Defendant, World Financial Network National Bank, only, each party to bear their costs and attorney's fees.

DATED: February 14, 2011.

MITCHELL D. GLINER, ESQ.

/s/ Mitchell D. Gliner
MITCHELL D. GLINER, ESQ.
Nevada Bar #003419
3017 W. Charleston Blvd., #95
Las Vegas, Nevada 89102
Attorney for Plaintiff

BALLARD SPAHR LLP

ABRAN E. VIGIL, ESQ.
Nevada Bar #007548
100 North City Pkwy. #1750
Las Vegas, Nevada 89106
Attorneys for Defendant
World Financial Network National Bank

**IT IS SO ORDERED** this 21st day of March, 2011.

Gloria M. Navarro
United States District Judge